UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

Docket No. 5:13-CR-52-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  **O R D E R** |
| | ) |
| SUSAN MARIE LEE | ) |
|     Defendant | ) |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for Tuesday, August 6, 2013, in New Bern. The case is hereby CONTINUED to __10/3/2013__ in __New Bern__, North Carolina.

This 18th day of __July__ 2013.

*signature*
Louise W. Flanagan
U.S. District Judge